John G. Yslas (SBN 187324)
John.yslas@wilshirelawfirm.com
Eugene Zinovyev (SBN 267245)
Eugene.zinovyev@wilshirelawfirm.com
Edward Kim (SBN 183022)
Edward.kim@wilshirelawfirm.com
John Brown (SBN 233605)
John.brown@wilshirelawfirm.com
Gabriella Solé (SBN 346164)
Gabriella.sole@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
660 S. Figueroa St., Sky Lobby
Los Angeles, California 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Attorneys for Plaintiff Horacio Maya, Jr.

**O'HAGAN MEYER LLP**
Sumy Kim, SB# 290082
SKim@ohaganmeyer.com
William H. Bohannon, SB# 319437
WBohannon@ohaganmeyer.com
One Embarcadero Center, Suite 2100
San Francisco, California 94111
Telephone: 415.604.0124

Attorneys for Defendant Total Safety U.S., Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO MAYA, JR., individually, and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>TOTAL SAFETY U.S., INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>*Defendants.* | Case No. 5:25-cv-03437-NW<br><br>*[District Judge Noël Wise]*<br><br>*[Removed from the Superior Court of California, County of Santa Clara County, Case No. 25CV460080]*<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED ORDER]** |

JOINT CASE MANAGEMENT STATEMENT; [PROPOSED ORDER]

Case No. 5:25-cv-03437-NW

The parties to the above-entitled action (the "Parties") jointly submit this JOINT CASE MANAGEMENT STATEMENT and [PROPOSED ORDER] pursuant to the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-9, and the Court's June 30, 2025 Order.

### CASE MANAGEMENT STATEMENT

**1.    Jurisdiction & Service**

Plaintiff's Statement: Plaintiff does not concede to federal jurisdiction. However, the Parties attended mediation on September 18, 2025, and have reached a resolution. Plaintiff filed his Motion for Preliminary Approval of Class Action and PAGA Settlement ("Motion for Preliminary Approval") in in the related PAGA Action, Santa Clara Superior Court Case No. 25CV466114 ("PAGA Action"), on March 30, 2026. The Motion for Preliminary Approval is set for hearing on October 29, 2026, at 1:30 p.m., which was the Santa Clara Superior Court's earliest availability for the hearing.

Defendant's Statement: The basis for the court's jurisdiction is diversity jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1441, and, separately and alternatively, there is jurisdiction pursuant to the Class Action Fairness Act, 28 U.S.C. § 1453.

There are no known issues regarding personal jurisdiction, venue, or service of any parties.

**2.    Facts**

The Parties have reached an understanding regarding settlement, and as such any disputes as to the factual issues will soon be moot.

**3.    Legal Issues**

The Parties have reached an understanding regarding settlement, and as such any disputes as to the legal issues will soon be moot.

**4.    Motions**

Defendant previously moved to bring this action into federal court. Given that the Parties have reached an understanding as to settlement, the only anticipated motion will be motions for preliminary and final approval of the settlement, in the related PAGA Action, Santa Clara

Superior Court Case No. 25CV466114. Plaintiff filed his Motion for Preliminary Approval on March 30, 2026, and it is set for hearing in the PAGA Action on October 29, 2026, at 1:30 p.m.

**5.      Amendment of Pleadings**

There are no anticipated amendments to the pleadings in this case. However, as stated above, the Parties have reached an understanding as to settlement, which should resolve this matter after the anticipated motions for approval of the settlement.

**6.      Evidence Preservation**

Counsel for the Parties confirm that they have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information, and have met and conferred regarding evidence in this matter.

**7.      Disclosures**

The parties stipulated to a stay pending the mediation, which was entered with modifications by the Court on June 30, 2025, as such no initial disclosure has been due. The Parties request that the Court reinstate the stay, which extension was denied without prejudice by the Court's February 23, 2026, Order, now that Plaintiff has filed his Motion for Preliminary Approval in the PAGA Action.

**8.      Discovery**

The Parties agreed to a stay pending the mediation, as such no initial discovery has been taken. No further discovery is anticipated given that the Parties have reached an understanding as to settlement.

**9.      Class Actions**

Plaintiff filed his Motion for Preliminary Approval on March 30, 2026, and it is set for hearing in the PAGA Action on October 29, 2026 at 1:30 p.m. Plaintiff's counsel will also file the Motion for Final Approval of Settlement in the related PAGA Action, Santa Clara Superior Court Case No. 25CV466114 after the Motion for Preliminary Approval is granted.

**10.     Related Cases**

There is a related case regarding Plaintiff's claims for penalties under the California Labor Code Private Attorneys General Act of 2004 (California Labor Code sections 2698, *et*

2

*seq.*, "PAGA"), Santa Clara Superior Court Case No. 25CV466114.  The PAGA claims were settled with the underlying class claim.  Additionally, prior to removal, this case was Santa Clara Superior Court Case No. 25CV460080.

**11.    Relief**

As stated above, the Parties have reached an understanding as to settlement, so any disputes as to the relief in this matter should soon be moot.

**12.    Settlement and ADR**

The Parties have reached an understanding regarding settlement, and have executed the MOU and long form agreement.

**13.    Other References**

No other reference is necessary at this time.

**14.    Narrowing of Issues**

As stated above, the Parties have reached an understanding as to settlement, thus no narrowing of the issues is anticipated to be necessary.

**15.    Expedited Trial Procedure**

No.

**16.    Scheduling**

Plaintiff's Motion for Preliminary Approval is set for hearing in the PAGA Action on October 29, 2026 at 1:30 p.m. Accordingly, the Parties request that the Court reinstate the stay in the present action so that the Motion for Preliminary Approval may be heard in the PAGA Action.

**17.    Trial**

Not applicable.

**18.    Disclosure of Non-party Interested Entities or Persons**

There are no, currently known, interested entities or persons, other than the parties themselves.

///

///

3

JOINT CASE MANAGEMENT STATEMENT; [PROPOSED ORDER]

Case No. 5:25-cv-03437-NW

**19.    Professional Conduct**

All attorneys of record for the Parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

**20.    Other**

The Parties request a further continuance of approximately 30 days after the October 29, 2026, hearing on the Motion for Preliminary Approval in the PAGA Action so that the Parties may further update the Court at that time.


Dated: April 10, 2026                                    **WILSHIRE LAW FIRM**


                                                 By: */s/ Gabriella Solé*
                                                 John G. Yslas
                                                 Eugene Zinovyev
                                                 Edward Kim
                                                 John Brown
                                                 Gabriella Solé
                                                 Attorneys for Plaintiff Horacio Maya, Jr.



Dated: April 10, 2026                                    **O'HAGAN MEYER LLP**


                                                 By: */s/ William Bohannon*
                                                 Sumy Kim
                                                 William Bohannon
                                                 Attorneys for Defendant Total Safety U.S., Inc.

**SIGNATURE CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Gabriella Sole hereby certify that the content of this document is acceptable to William Bohannon, counsel for Defendant Total Safety U.S., Inc., and that I have obtained William Bohannon's authorization to affix their electronic signature to this document.


DATED: April 10, 2026                    _/s/ Gabriella Solé_____
                                         Gabriella Solé

---

JOINT CASE MANAGEMENT STATEMENT; [PROPOSED ORDER]

Case No. 5:25-cv-03437-NW

<strong>[PROPOSED] ORDER</strong>

1.   The Court hereby grants the Parties' request for a continuance of all proceedings, dates, and deadlines in this matter to ___November 17___, 2026, so the Motion for Preliminary Approval may be heard in the PAGA Action.

Dated:  April 10, 2026

_____

JUDGE NOËL WISE

[PROPOSED ORDER]

Case No. 5:25-cv-03437-NW